# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BENNIE K. ELLISON,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 3:13-cv-00453-SMY |
| **MARC HODGE, et al.,** | ) |
| **Defendants.** | ) |

# ORDER

**YANDLE, District Judge**:

This matter is before the Court on Plaintiff Bennie Ellison's request for relief (Doc. 20) from the Order restricting his filings in this District (Doc. 9). Under the challenged order, Ellison "is restricted from filing any new civil actions in this Court until such time as his outstanding filing fees in this district have been paid in full" (Doc. 9, p. 2). The Order also provides an avenue for relief – allowing Ellison to file a motion with the Court on or after February 18, 2016 seeking modification or recission of the filing ban.

Ellison asserts that he has paid all fees owed. However, the Court's records reflect a balance due in the amount of $89.15 on case 3:13-cv-01186. Accordingly, Plaintiff's request for relief (Doc. 20) is **DENIED**. The filing ban remains in place.

**IT IS SO ORDERED.**

**DATED:** May 12, 2022

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**